

Held on Account for
Anna Maria Riezinger, Fiduciary
The United States of America [unincorporated]
c/o The Living Law Firm
@ 1336 Staubbach Circle, Anchorage, Alaska

Proof of National and International Bond for Anna Maria Riezinger, Fiduciary held by Private Banker Harold Carl Heinze to bond arbitration by the United States District Court:

by: Harold Carl Heinze    All rights reserved.    3 May 2019



Held on Account for:
Anna Riezinger, born June 6, 1956
Clark County, Wisconsin;
aka AnnaMaria Riezinger, a Lawful Person

Proof of National and International Solvency and bonding capacity for Anna Riezinger, affirmed and held by Harold Carl Heinze, Private Banker:

by: Harold Carl Heinze
All rights reserved; 3 May 2019.