Declaration of American National Standing

Notice to the Pennsylvania Commonwealth and Commonwealth of Pennsylvania

Proof of Bonding Capacity

Let this Declaration recorded on the Public Record of the Palmer Recording District Office, Palmer Alaska, for the Alaska State, also serve as and be true, correct, and complete Notice to the Pennsylvania Commonwealth and Commonwealth of Pennsylvania of the return and of the competence of the Lawful Persons and of the living people whose Bicameral Names and whose trademarks and whose blazons appear below; and also let this be Notice of their presence on the land and soil of the States of the Union that are their permanent domiciles regardless of and in rebuttal of any seeming absence or of any false claim otherwise; and now therefore, let it be also recorded by Federal Mail Depository, Registered Mail Numbers as shown, and now therefore also it is established that as Private Bankers these Lawful Persons are completely solvent and that we maintain solvency as shown by the attached evidence that these Lawful Persons are not Paupers, not Felons, and are in no way encumbered now or at any time in the past.

To these Public Declarations we attach such proofs and emblems as we deem rightful and honorable and we declare our ability to bond any debt, extend any credit, and conduct any business related to our names and our public and private interests, so we say and so we sign and so we seal upon this the 2nd of the days of the month of May of the year 2019 and on the soil and on the land of the Matanuska-Susitna County of Alaska and upon the Palmer Recording District and as we cause to be Recorded for Public Notice of the Pennsylvania Commonwealth and Commonwealth of Pennsylvania:

1. By: James Clinton Belcher: *James Clinton Belcher* © All rights reserved. Evidence of Bonding for Head of State and Lawful Person: on file with The United States Treasury and as herein provided: this recording: RE 162 264 243 US.

2. By: Anna Maria Riezinger: *Anna Maria Riezinger* © All rights reserved. Evidence of Bonding for the Fiduciary of The United States of America: on file with The United States Treasury and as herein provided: this two-page recording and attachments RE 162 264 212 US.

3. By: Eric Jon Belcher: *Eric Jon Belcher* © [seal] All rights reserved.
Evidence of Bonding for the Lawful Person on file with The United States Treasury and as herein provided: this two-page recording and attachments: RE 162 264 226 US.

4. By: Harold Carl Heinze: *Harold Carl Heinze* © [seal] All rights reserved.
Evidence of Bonding for the Lawful Person on file with The United States Treasury and as herein provided; this two-page recording and attachments: RE 162 264 230 US.

Contact: The Living Law Firm, c/o 1336 Staubbach Circle, Anchorage, Alaska 99508

## Declarations of Private Bankers

I, Harold Carl Heinze, now acting in my capacity as a Private Banker, hereby serve Notice and affirm under penalty of perjury under the laws of The United States of America [Unincorporated] that I hold complete solvency now and at all times in the past and that I am not a Pauper and not a subject of any commonwealth: So affirmed before these Witnesses this second day of the month of May of the year 2019: by my living hand and according to my will and my signs and my seals:

By: *Harold Carl Heinze* © [seal] All rights reserved.

Witnessed by: James Clinton Belcher: *James Clinton Belcher* © [seal] All rights reserved.


Witnessed by: Anna Maria Riezinger: *Anna Maria Riezinger* © [seal] All rights reserved.

------------------------------------------------

I, Eric Jon Belcher, now acting in my capacity as a Private Banker, hereby serve Notice and affirm under penalty of perjury under the laws of The United States of America [Unincorporated] that I hold complete solvency now and at all times in the past and that I am not a Pauper and not a subject of any commonwealth: So affirmed before these Witnesses this second day of the month of May of the year 2019: by my living hand and according to my will and my signs and my seals:

By: Eric Jon Belcher: *Eric Jon Belcher* © [seal] All rights reserved.

Witnessed by: James Clinton Belcher: *James Clinton Belcher* © [seal] All rights reserved.

Witnessed by: Anna Maria Riezinger: *Anna Maria Riezinger* © [seal] All rights reserved.

------------------------------------------------

I, Anna Maria Riezinger, now acting in my capacity as a Private Banker, hereby serve Notice and affirm under penalty of perjury under the laws of The United States of America [Unincorporated] that I hold complete solvency now and at all times in the past and that I am not a Pauper and not a subject of any commonwealth: So affirmed before these Witnesses this second day of the month of May of the year 2019: by my living hand and according to my will and my signs and my seals:

By: Anna Maria Riezinger: *Anna Maria Riezinger* © [seal] All rights reserved.

Witnessed By: Harold Carl Heinze: *Harold Carl Heinze* © All rights reserved.

Witnessed By: Eric Jon Belcher: *Eric Jon Belcher* © All rights reserved.

--------------------------------------------------

I, James Clinton Belcher, now acting in my capacity as a Private Banker, hereby serve Notice and affirm under penalty of perjury under the laws of The United States of America [Unincorporated] that I hold complete solvency now and at all times in the past and that I am not a Pauper and not a subject of any commonwealth: So affirmed before these Witnesses this second day of the month of May of the year 2019: by my living hand and according to my will and my signs and my seals:

By: James Clinton Belcher: *James Clinton Belcher* © All rights reserved.

Witnessed By: Harold Carl Heinze: *Harold Carl Heinze* © All rights reserved.

Witnessed By: Eric Jon Belcher: *Eric Jon Belcher* © All rights reserved.

The rest of this page and all spaces and the back of this page and the margins of this page are left blank and are to be left blank in perpetuity, as are the remaining spaces and backs and margins of the pages included as attachments to this recording.