The Living Law Firm
1336 Staubbach Circle
Anchorage, Alaska 99508

9 May 2019

Clerk of Court
Federal Building, U.S. Courthouse
222 West 7th Avenue, #4
Anchorage, Alaska 99513-7564

In regards: 3:19-cv-00127-TMB

Dear Clerk of Court:

We have just now received your Notice of Electronic Filing and are replying within 72 hours. There has been a mistake.

1. We correctly captioned the case as an Arbitration "In the United States District Court for Alaska".

2. This is a matter in which the United States District Court is being asked to sit in its Article III capacity under The Constitution of the United States of America.

3. The Arbitration is between a Wisconsin Citizen and two MUNICIPAL UNITED STATES OFFICERS, to compel performance due under their contract, The Constitution of the United States.

4. Thus, the United States District Court is being invoked as a Third Party Arbiter.

5. It would be a substantial conflict of interest for the United States District Court to sit in an arbitration between a foreign State Citizen and its own employees.

6. It would also be a substantial conflict of interest for the UNITED STATES DISTRICT COURT to sit in an arbitration between a foreign State Citizen and its own EMPLOYEES.

7. The only common ground that all these Vessels share is the International Land Jurisdiction, while they are dry docked.

8. The United States District Court is therefore being asked to provide space for a meeting of the minds and arbitration service as a Third Party.

9. We notice that the Plaintiffs named in the Electronic Notice are incorrect. Anna Maria Riezinger acts in two capacities, (1) as an American state national of Wisconsin, and (2) as a Fiduciary of her State. This is clearly noted in our paperwork and needs to be noted on the docket.

10. We notice that the Defendants named in the Electronic Notice are also incorrect. "William P. Barr" is not the same PERSON as "WILLIAM P BARR" and does not act in the same capacity. Ditto the fact that "Charles Rettig" is not the same PERSON as "CHARLES RETTIG" and does not act in the same capacity.

11. We realize that in a common complaint case the United States District Court would need to address these DEFENDANTS as Personnel occupying Territorial Office, however, for the purposes of this proposed Arbitration action, it is essential that the character of the DEFENDANTS as Municipal OFFICERS be maintained to avoid any appearance of conflict of interest.

12. We are not bringing action against the Defendants in common Territorial Jurisdiction, we are bringing an action for arbitration against their PERSONS on the International Land Jurisdiction, that is, in dry dock.

Now that the nature of the action and the jurisdiction is explicitly stated, please correct the docket accordingly and let us know in writing and at your earliest convenience if there is any reason why the United States District Court for Alaska is unable or unwilling to act in the capacity in which it has been invoked.

Sincerely,

The Living Law Firm
1336 Staubbach Circle
Anchorage, Alaska 99508

Via: RA 393 427 698 US

The Henry Law Firm
c/o 1336 Strawbach Circle
Anchorage, Alaska 98508

Clerk of Court
Federal Building, U.S. Courthouse
222 West 7th Avenue, #4
Anchorage, Alaska
99513-7564

RA 393 427 698 US
(102595) 99-M-1904
Label 200, July 1999

U.S. P[OSTAGE]
FCM LE[TTER]
ANCHORA[GE]
99503
MAY 09, 19
AMOUNT
$16.30
R2305H126351-05

99513