
RECEIVED
MAY 22 2019
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

May 15, 2019

Court Clerk/Clerk of Court
United States District Court
222 West 7th Avenue. #4
Anchorage, Alaska 99513- 7564

RE: 3-19-cv-00127-TMB

Dear Court Clerk:

We are having some difficulty communicating with your office. We are returning service within 72 hours of receipt of the most recent correspondence we have received.

We wish to make it clear that:

1. We are addressing the United States District Court for Alaska, as captioned, and no other;
2. We are not entering any Motions and wish you to withdraw any that you have posted to the referenced case in error;
3. We are seeking arbitration service from the United States District Court for Alaska operating in its Article III capacity to settle a specific performance claim made by a State Citizen against two Municipal United States OFFICERS in her employment.

If the Court is willing and able to serve in this capacity, we are ready to proceed with summons process and setting a hearing date at your convenience.

Sincerely,

The Living Law Firm
1336 Staubbach Circle
Anchorage, Alaska 99508



The Living Law Firm
81336 Starbucks Circle
Anchorage, Alaska
99508

Court Clerk / Clerk of Court
United States District Court for Alaska
222 West 7th Avenue, #4
Anchorage, Alaska 99513-7564

LN 16 May 19

RE 162 264 257 US