**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

*Anna Maria Riezinger v. William P. Barr, et. al.*
Case No. 3:19-cv-00127-TMB

By: THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS: ORDER FROM CHAMBERS

In light of the Notice at docket 4 stating that Plaintiff Anna Maria Riezinger wishes any posted motions withdrawn, the Motion to Correct at docket 3 is **DENIED AS MOOT**.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: June 5, 2019

1